IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEQUILA BROWN, <br>     PLAINTIFF, <br><br> v. <br><br> SEAS & ASSOCIATES, LLC, <br>     DEFENDANT | Case No. 3:14-cv-631-G |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Tequila Brown, by her attorney, states:

1. Plaintiff and Defendant have resolved their differences;

2. Plaintiff desires for her claims against Defendant be dismissed with Prejudice.

3. Plaintiff requests the Court enter an Order dismissing the claims against Defendant., WITH PREJUDICE.

    Respectfully submitted,

    /s/ Jeffrey D. Wood
    Jeffrey D. Wood, Esq.
    ArkBN: 2006164
    The Wood Firm, PLLC
    103 N. Goliad, Suite 204
    Rockwall, TX  75087
    TEL:  682-651-7599
    FAX:  888-598-902
    EMAIL:  jeff@mmlaw.pro
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2014, a true and correct copy of this document has been forwarded to all parties and counsel of record via the courts CM/ECF system.

             /s/ Jeffrey D. Wood
             Jeffrey D. Wood